UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TURAN D. WEST,

    Defendant.

Case: 1:25-cr-20071
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 02-12-2025

Violations:
18 U.S.C. §§ 922(g) and 924(e)(1)

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
**Felon in Possession of a Firearm**
**18 U.S.C. §§ 922(g)(1) and 924(e)(1)**

On or about August 12, 2024, in the Eastern District of Michigan, Turan D. West, knowing that he had been previously convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a Taurus, Model PT638, .380 caliber, semi-automatic pistol, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the defendant, Turan D. West, having at least three previous convictions for a violent felony or a serious drug offense, committed on occasions different from one another, is subject to penalties provided under Title 18, United States Code, Section 924(e)(1).

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction of an offense charged in Count One of this Indictment, Turan D. West shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in said offense including but not limited to a Taurus, Model PT638, .380 caliber, semi-automatic pistol, bearing serial number KEN52588 and six (6) rounds of .380 ammunition.

Dated: February 12, 2025

JULIE A. BECK
Acting United States Attorney

*s/Anthony P. Vance*
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices
600 Church Street
Michigan 48502-1280
Phone: (810) 766-5177
anthony.vance@usdoj.gov
P61148

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

*s/William Orr*
WILLIAM ORR
Assistant United States Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747Flint,
Phone: (989) 895-5712
william.orr@usdoj.gov
Texas Bar No: 24102308

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes    x No

Case: 1:25-cr-20071
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 02-12-2025

**Case Title:** USA v. Turan D. West

**County where offense occurred:** Saginaw

**Check One:**   X Felony    __ Misdemeanor    __ Petty

    __X__ Indictment/____Information --- **no** prior complaint.
    _____ Indictment/____Information --- based upon prior complaint []
    _____ Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐   Corrects errors; no additional charges or defendants.
☐   Involves, for plea purposes, different charges or adds counts.
☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: February 12, 2025

*s/William Orr*
William Orr
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone: 989-895-5712
Fax: 989-895-5790
E-Mail address: William.Orr@usdoj.gov
Attorney Bar #: Texas 24102308

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.